■ MIRIAM M. MINTZ v. T. LOUIS MINTZ.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellant's points, and upon

the further conditions set forth in the order of this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.